The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIK PEREZ PEREZ,<br><br>Defendant. | NO. CR17-121 RSL<br><br>**ORDER DISMISSING THE INFORMATION WITHOUT PREJUDICE** |

The Government's Unopposed Motion to Dismiss the Information Without Prejudice is GRANTED. IT IS HEREBY ORDERED that the Information in the above-captioned matter be dismissed without prejudice.

DATED this 24th day of July, 2017.

_____
ROBERT S. LASNIK
United States District Judge

Presented by:

/s/ Joshua T. Ferrentino
JOSHUA T. FERRENTINO
Assistant United States Attorney

Order of Dismissal / U.S. v. Perez-Perez - 1
CR17-121 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970